IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21-CV-830-WKW-CSC |
| | ) [WO] |
| PATRICE RICHIE JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the Motion for Leave to Proceed *In Forma Pauperis* filed by Plaintiff, it is

ORDERED that the motion (Doc. 3) is GRANTED.

In accordance with the provisions of 28 U.S.C. § 1915(b)(1), a prisoner who seeks to proceed *in forma pauperis* in a civil action or on appeal is required to pay the full amount of the requisite filing fee.  Upon review of the financial information provided to the Court, it appears Plaintiff lacks the requisite funds in his prison account for this Court to require payment of either the entire filing fee or an initial partial filing fee.  However, under the provisions of 28 U.S.C. § 1915(b)(1), this Court must "assess and, when funds exist, collect" the $350.00 filing fee from monies available to Plaintiff.  In light of the foregoing and in accordance with the provisions of 28 U.S.C. § 1915(b)(2), it is further

ORDERED that:

1.  Plaintiff shall make monthly payments of 20 percent of each preceding month's income credited to his account as payments towards the $350.00 filing fee; and

2. Those persons having custody of Plaintiff shall forward the above described payments from Plaintiff's account to the Clerk of the Court each time the amount in his account exceeds $10.00 until the $350.00 filing fee is paid in full.

To aid Plaintiff and those persons having custody of Plaintiff in complying with the requirements of this Order, the Clerk is DIRECTED to furnish a copy of this order to the inmate account clerk at the Bullock Correctional Facility.

Plaintiff is advised if this case is dismissed for any reason, he remains obligated to pay the $350.00 filing fee. The filing fee will be collected from any funds which become available to Plaintiff and will be forwarded to this Court by those persons having custody of Plaintiff pursuant to the directives contained in this Order.

Additionally, Plaintiff is advised that if he files a notice of appeal, he will likewise be required to pay the requisite appellate filing fee which is currently $505.00. Thus, if at the time Plaintiff files a notice of appeal, he has the necessary funds to pay the $505.00 filing fee, he must submit such amount to the Court with the notice of appeal. If the requisite funds are not available and Plaintiff seeks to proceed *in forma pauperis* on his appeal, he must complete an affidavit in support of such request and supply the Court with a certified copy of his prison account statement for the 6-month period preceding the filing of the appeal. However, Plaintiff is informed that regardless of this Court's determination on his *in forma pauperis* motion, the entire appellate filing fee will be collected from those persons having custody of him from funds available in his prison account in a manner similar to that outlined in this Order.

Plaintiff shall immediately inform the Court and Defendant or Defendant's counsel of record of any change in his address. Failure to provide a correct address to this Court within ten (10) days following any change of address will result in the dismissal of this action.

Done, this 19th day of January 2022.

                                          /s/   Charles S. Coody
                                      UNITED STATES MAGISTRATE JUDGE