IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY WHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN PATRICE JONES, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:21-CV-830-WKW<br>[WO] |

## ORDER

On January 19, 2022, the Magistrate Judge filed a Recommendation (Doc. # 5) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 5) is ADOPTED.

2. This case is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and 1915(e)(2)(B)(ii).

A final judgment will be entered separately.

DONE this 10th day of February, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE